# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DR. MARK W. STURDY d/b/a ROCHESTER VETERINARY CLINIC on behalf of plaintiff and the class members defined herein, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 3:16-cv-03053-RM-TSH |
| v. | ) ) | |
| AMATHEON, INC., and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Dr. Mark W. Sturdy d/b/a Rochester Veterinary Clinic and defendant, Amatheon, Inc. have reached an individual settlement agreement and expect to file a stipulation of dismissal within the next 30 days.

Respectfully submitted,

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

The undersigned certifies that on **May 3, 2016**, she caused the foregoing **Notice of Settlement** to be electronically filed with the Clerk of the United States District for the Central District of Illinois by filing through the CM/ECF system, which served a copy upon counsel of record.

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)