IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DR. MARK W. STURDY d/b/a ROCHESTER VETERINARY CLINIC on behalf of plaintiff and the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> AMATHEON, INC., and JOHN DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) 3:16-cv-03053-RM-TSH |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

**PLAINTIFF**
DR. MARK W. STURDY d/b/a
ROCHESTER VETERINARY CLINIC

*s/ Dulijaza Clark*
Daniel A. Edelman
Dulijaza (Julie) Clark
Edelman, Combs, Latturner
    & Goodwin, LLC
20 S. Clark St., Ste. 1500
Chicago, IL 60603
Ph. 312-739-4200
dedelman@edcombs.com
jclark@edcombs.com

**DEFENDANT**
AMATHEON, INC.

*s/ Michael A. Grill*
Martin G. Durkin
Michael A. Grill
michael.grill@hklaw.com
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
Ph. 312-578-6574
*Attorneys for Defendant*
*AMATHEON, INC.*

## CERTIFICATE OF SERVICE

      I, Dulijaza Clark, certify that on May 11, 2016, I caused the electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such to all parties by operation of the Court's electronic filing system.

                                         *s/ Dulijaza Clark*
                                         Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)